# Court of Appeals
# of the State of Georgia

ATLANTA,  November 27, 2023

*The Court of Appeals hereby passes the following order:*

## A24D0133. JASMINE RENEE ANDREWS v. REGIONS BANK et al.

In 2020, Jasmine Andrews executed a promissory note with Regions Bank ("Regions"). In 2022, Andrews sued Regions, along with John Turner, David Turner and Chakira Galloway (the "individual defendants"). Regions answered and counterclaimed for amounts due on the promissory note.

On August 30, 2023, the trial court entered an order which: (1) granted the defendants' motion to dismiss, finding that it lacked jurisdiction over the individual defendants, and that Andrews had failed to state a viable claim against Regions; (2) granted Regions' motion for summary judgment and awarded it $27,446.05; and (3) denied all other pending motions as moot.

On September 29, 2023, Andrews filed an "Application for Certificate of Probable Cause" in the Supreme Court, which docketed it as an application for discretionary appeal. The Supreme Court transferred the case to this Court. See Case No. S24D0196 (Oct. 18, 2023).

Nothing remains pending in the court below and the order dismissing the defendants and granting Regions summary judgment is a final judgment. See OCGA § 5-6-34 (a) (1); OCGA § 9-11-56 (h). As such, the order is subject to direct appeal. See, e. g., *Whiddon v. Stargell*, 192 Ga. App. 826, 827-828 (386 SE2d 884) (1989). Under OCGA § 5-6-35 (j), this Court will grant a timely application for discretionary review if the lower court's order is subject to direct appeal.

Accordingly, this application is hereby GRANTED. Andrews shall have ten

days from the date of this order to file a notice of appeal in the trial court. See OCGA § 5-6-35 (g). The clerk of the trial court is DIRECTED to include a copy of this order in the record transmitted to the Court of Appeals.



*Court of Appeals of the State of Georgia*
    *Clerk's Office, Atlanta,   11/27/2023   *
        *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
        *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ *, Clerk.*